UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO,
              Plaintiffs,

v.

SOTIRIOS KOLLIAS, DEMETRA DOUMAS,
MARIA KOLLIAS, DANIELLE KOLLIAS, and
THE ARGONAUT RESTAURANT AND
DINER, INC.,
              Defendants.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

20 CV 4200 (VB)

      The Court having entered a protective order, (Doc. #31), which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: January 13, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge