UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO, :
                 Plaintiffs, :
                                       :     **ORDER**
v. :
                                       :     20 CV 4200 (VB)
SOTIRIOS KOLLIAS, DEMETRA DOUMAS, :
MARIA KOLLIAS, DANIELLE KOLLIAS, and :
THE ARGONAUT RESTAURANT AND :
DINER, INC., :
                 Defendants. :
--------------------------------------------------------------x

     On March 19, 2021, defense counsel Glen A. Kurtis filed a letter motion to withdraw as counsel for Danielle Kollias. (Doc. #50). Mr. Kurtis indicates in his letter that he has a "conflict of interest" with defendant Danielle Kollias and that he has "advised her of the need to obtain independent counsel to represent her in this case." (Id.). Mr. Kurtis's letter is silent both as to whether or not (i) he is asserting a charging lien, and (ii) he served upon his client the instant application to withdraw, and if he has served it, when and by what method he served it on her. See S.D.N.Y. Local Rule 1.4.

     Accordingly, it is HEREBY ORDERED:

     1.     Defense counsel's letter motion to withdraw is DENIED WITHOUT PREJUDICE. By March 29, 2021, Mr. Kurtis may renew his motion in accordance with S.D.N.Y. Local Rule 1.4. The reasons for the withdrawal may be provided to the Court in camera if appropriate. To do so, Mr. Kurtis should fax his motion to Chambers at (914) 390-4170.

     2.     By April 12, 2021, defendant Danielle Kollias shall respond by letter. She shall state whether she consents to Mr. Kurtis's motion to withdraw. She may submit the letter through counsel, who shall file the letter electronically, or if the letter contains confidential or sensitive information, she may fax the letter to Chambers at (914) 390-4170 or by mail to:

     Chambers of Vincent L. Briccetti
     United States Courthouse
     300 Quarropas Street, Room 630
     White Plains, NY 10601

3. By March 24, 2021, Mr. Kurtis shall serve a copy of this Order on defendant Danielle Kollias by email or overnight mail and file proof of service of the same on the ECF docket.

Dated: March 22, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge