UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO,
        Plaintiffs,

v.

SOTIRIOS KOLLIAS, DEMETRA DOUMAS,
MARIA KOLLIAS, DANIELLE KOLLIAS, and
THE ARGONAUT RESTAURANT AND
DINER, INC.,
        Defendants.
------------------------------------------------------------x

Copies Mailed/Faxed emailed to D. Kollias
Chambers of Vincent L. Briccetti on 5/10/21 DH

**ORDER**

20 CV 4200 (VB)

On April 22, 2021, the Court mailed its April 21, 2021, Order (Doc. #59) to defendant Danielle Kollias at the following address, which was provided to the Court by her former attorney.

    Danielle Kollias
    103 McClean Avenue
    Yonkers, NY 10705

On May 5, 2021, the April 21 Order was returned to the Court with a note "Not Deliverable as Addressed Unable to Forward."

**Accordingly, it is HEREBY ORDERED that by May 24, 2021, Ms. Kollias must update the Court with her current mailing address.** She shall inform the Court of her address by sending a letter to the Pro Se Clerk at the following address:

    United States District Court
    Pro Se Clerk
    300 Quarropas St.
    White Plains, NY 10601

**If Ms. Kollias fails to do so, the Court may enter a default judgment against Ms. Kollias for failure to defend herself in this action.** See Fed. R. Civ. P. 55.

1

Chambers will mail this Order, along with the April 21 Order, to the following email address, which Ms. Kollias's former attorney previously provided: DKOLLIAS91686@gmail.com.

The Court will also mail a copy of this Order, along with the April 21 Order, to the following address:

Danielle Kollias
103 McClean Avenue
Yonkers, NY 10705

Ms. Kollias should note that the Court does not email court orders to pro se litigants as a matter of course. It is doing so this one time as a courtesy and will not email Ms. Kollias any further court orders. It is her responsibility to update the Court with her mailing address so that the Court can mail her court orders.

Dated: May 10, 2021
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAURA ROBLES and IDA Z. BRAVO,

                Plaintiffs,

-against-

SOTIRIOS KOLLIAS, DEMETRA DOUMAS,
MARIA KOLLIAS a.k.a. MARIA KOLLIA,
DANIELLE KOLLIAS and THE ARGONAUT
RESTAURANT AND DINER, INC.,

                Defendants.
-------------------------------------------------------------

AFFIRMATION OF SERVICE

Case No.: 20-cv-04200

Glen A. Kurtis, an attorney duly adm[itted to practice in the State of New] York and USDC in the SDNY hereby affirm[s as follows:]

I am not a party to this action. I am o[ver 18 years of age and maintain a place of] business in White Plains, New York. On A[pril __, 2021, pursuant to the Order of] United State District Court Judge Vincent B[riccetti dated April __, 2021, I caused] transmission to:

DKOLLIAS91686@gmail.com

The E-mail address associated with the follo[wing defendant:]

Danielle Kollias
103 McClean Avenue  ←
Yonkers, NY 10705

Dated: White Plains, NY
       April 20, 2021

_____
GLEN A. KURTIS

---

The Clerk is directed to add defendant Danielle Kollias' address to the docket.

Pro se parties such as defendant Kollias are encouraged to consent to receive all court documents electronically. A consent to electronic service form and instructions are attached to this Order. If she does not consent to receive notifications electronically, the Court will mail orders to her at this mailing address. If Kollias needs to correspond with the Court, she shall do so by sending correspondence to the Pro Se clerk at the following address:

United States District Court
Pro Se Clerk
300 Quarropas St.
White Plains, NY 10601

Chambers will mail a copy of this Order to plaintiff at her Yonkers address.

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.    April 21, 2021



United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court
Southern District of New York**

*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____

Name (Last, First, MI)

Address           City            State           Zip Code

Telephone Number          E-mail Address

Date              Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007