Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO,

           Plaintiffs,

v.

THE ESTATE OF SOTIRIOS KOLLIAS, by its
Executors, DEMETRA DOUMAS, MARIA
KOLLIA a.k.a. MARIA KOLLIAS, and TASIA
MELLAS; DEMETRA DOUMAS; MARIA
KOLLIA a.k.a. MARIA KOLLIAS; DANIELLE
KOLLIAS; and THE ARGONAUT
RESTAURANT AND DINER, INC.,

           Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 4200 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/21

As discussed at an on-the-record conference held today—attended by counsel for plaintiffs, as well as counsel for defendants Demetra Doumas, Maria Kollia a.k.a. Maria Kollias, and the Argonaut Restaurant and Diner, Inc., but not by pro se defendant Danielle Kollias—it is HEREBY ORDERED that the time for plaintiffs and represented defendants to submit a joint status update letter and a proposed amended Civil Case Discovery Plan and Scheduling Order is extended to November 1, 2021. This letter shall provide an update regarding the status of the parties' settlement discussions and whether there is anything the Court can do to assist in that regard.

Dated: August 18, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge