MEMORANDUM ENDORSEMENT

Robles v. Kollias, et al.
20 CV 4200 (VB)



The attached application for the Court to request pro bono counsel is DENIED. The Court has considered the type and complexity of this case, the merits of defendant Danielle Kollias's defenses and claims, and her ability to litigate the case. The Court does not find any exceptional circumstances in defendant's application meriting the appointment of counsel at this time.

As the Court has previously advised Ms. Kollias, she may wish to to contact the New York Legal Assistance Group Legal Clinic for Pro Se Litigants ("NYLAG") for assistance (although not legal representation) in this case. Attached is a copy of the NYLAG information sheet.

The Clerk is instructed to terminate the motion. (Doc. #99).

Dated: March 4, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

RECEIVED
MAR 03 2022
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maura Robles
Ida Bravo
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 cv 04200 (VB) (___)

-against-

Application for the Court to
Request Pro Bono Counsel

Danielle Kollias
ET AL.
(List the full name(s) of the defendant(s)/respondent(s).)

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I was defended by an attorney along with the other defendants and after the passing of defendant Sotenos Kollias the other defendants decided to change lawyers. I was told by the old lawyer their was a conflict of intrest essentially leaving me to defend myself. I am a single mother of two boys with no means to afford an attorney.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have contacted Legal Services HV, however they do not represnt employment issues unless they involve the LGBQT community.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

03/03/2022
Date

Danielle Kollias
Signature

Kollias, Danielle, S
Name (Last, First, MI)

_____
Prison Identification # (if incarcerated)

103-105 McLean Ave #2D   Yonkers   NY   10705
Address                  City      State Zip Code

(914) 839-9349
Telephone Number

dkollias91686@gmail.com
E-mail Address (if available)

2



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12:00pm-4:00pm

Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of
UJA Federation
of New York