UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO,
                Plaintiffs,

v.

THE ESTATE OF SOTIRIOS KOLLIAS, by its
Executors, DEMETRA DOUMAS, MARIA
KOLLIA a.k.a. MARIA KOLLIAS, and TASIA
MELLAS; DEMETRA DOUMAS; MARIA
KOLLIA a.k.a. MARIA KOLLIAS; DANIELLE
KOLLIAS; and THE ARGONAUT
RESTAURANT AND DINER, INC.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 4200 (VB)

        By letter dated March 24, 2022, the parties requested that the case be referred to a magistrate judge for a settlement conference. (Doc. #109). Accordingly, it is HEREBY ORDERED:

        1)    By separate Order, the Court will refer this case to Magistrate Judge Andrew E. Krause for a settlement conference.

        2)    The parties are reminded that the next case management conference in front of Judge Briccetti is scheduled for April 27, 2022, at 9:30 a.m. If the parties settle the case or require additional time to discuss settlement, they may file a joint letter on the docket to request a cancellation or adjournment of the April 27 conference.

Dated: March 24, 2022
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge