UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAURA ROBLES and IDA Z. BRAVO,
               Plaintiffs,

v.

THE ESTATE OF SOTIRIOS KOLLIAS, by its
Executors, DEMETRA DOUMAS, MARIA
KOLLIA a.k.a. MARIA KOLLIAS, and TASIA
MELLAS; DEMETRA DOUMAS; MARIA
KOLLIAS a.k.a. MARIA KOLLIA; DANIELLE
KOLLIAS; and THE ARGONAUT
RESTAURANT AND DINER, INC.,
               Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 4200 (VB)

     As discussed at a conference held today and attended by counsel for all parties, it is hereby ORDERED:

     1.    By **October 24, 2022**, the parties shall submit a proposed stipulation of dismissal relating to defendant Danielle Kollias' counterclaim and cross-claims.

     2.    By **November 17, 2022**, counsel for plaintiff shall submit a joint letter regarding the status of the parties' settlement discussions and indicating whether this action should be referred to Magistrate Judge Krause for a further settlement conference or if there is anything else the Court can do to assist in that regard. If the parties do not believe, at the time of submitting the joint letter, that a settlement can be reached, the parties shall propose a schedule for concluding any remaining discovery in the joint letter.

Dated: October 17, 2022
       White Plains, NY

                                       SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge